JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**FIDEL PALOMO, et al.,**<br><br>Defendants. | Case No. CV 13-06657 WDK (JCx)<br><br>**JUDGMENT** |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendants Fidel Palomo and Luz Maria Palomo, individually and d/b/a Marisas Mexican Restaurant, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendants Fidel Palomo and Luz Maria Palomo, individually and d/b/a Marisas Mexican Restaurant, as follows:

(a) defendants Fidel Palomo and Luz Maria Palomo, individually and

d/b/a Marisas Mexican Restaurant, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $1,800.00 in total damages plus attorneys' fees in the amount of $380.00 plus costs.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United States mail or by telefax or by email, copies of this Order on counsel in this matter.

Dated: September 9, 2014

_____
William Keller
United States District Judge

- 2 -