Al Lustgarten, Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866    Fax 818-461-5959
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,  )
                                   )
           Plaintiff,     vs.      )  Case No.: 2:13-CV-06657-WDK-JC
                                   )
FIDEL PALOMO, et al,               )  **RENEWAL OF JUDGMENT BY CLERK**
                                   )
           Defendant,              )
_____)

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, G & G Closed Circuit Events, LLC, and against Defendant, Fidel Palomo and Luz Maria Palomo, individually and dba Marisas Mexican Restaurant, entered on September 10, 2014, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

|   |   |   |   |
|---|---|---|---|
| a. | Total judgment | $ | 2,180.00 |
| b. | Costs after judgment | $ | 0.00 |
| c. | **Subtotal (add a and b)** | **$** | **2,180.00** |
| d. | Credits | $ | 0.00 |
| e. | **Subtotal (subtract d from c)** | **$** | **2,180.00** |
| f. | Interest after judgment (.10%) | $ | 35.54 |
| g. | Fee for filing renewal of application | $ | 0.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | **$** | **2,215.54** |

Dated:  June 6, 2024              CLERK, by Deputy  _Sharon Hall Brown_

                                  BRIAN D. KARTH
                                  Clerk of U.S. District Court

Renewal of Judgment